UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NOEL CONTRERAS, | ) | CV NO. 12-6961-ABC(AJW) |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| BOARD OF PAROLE HEARINGS, | ) | |
|     Respondent. | ) | |

It is hereby adjudged that petitioner's Ex Post Facto claim be dismissed without prejudice and petitioner's due process claim be denied.

Dated: November 16, 2012

_____
Audrey B. Collins
United States District Judge